UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE P. ROSENBERG,<br><br>                      Plaintiff,<br><br>    v.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>                      Defendant. | CASE NO. C24-264 MJP<br><br>ORDER DENYING MOTION TO CONTINUE |

This matter comes before the Court on the Parties' Stipulated Motion to Continue Trial and Amend Case Schedule. (Dkt. No. 14.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion. The Parties request an extension of the "trial and related dates in this matter by 120-180 days[.]" (Id. at 1.) The Parties argue that they have had difficulty in "coordinating certain discovery efforts" particularly as to expert witnesses. (Id.) They also state that they have been discussing settlement and that the requested extension "will allow for the scheduling of a mediation and hopeful resolution." (Id.) These are not adequate

ORDER DENYING MOTION TO CONTINUE - 1

reasons to find good cause to extend the case schedule. First, the Parties fail to identify what specific discovery has been difficult and what specific discovery cannot be completed before the February 14, 2025 discovery deadline. And to the extent that they have had difficulty with experts, the Parties waited until after the December 16, 2024 expert disclosure deadline expired to ask for relief. This does not show diligence. Second, to the extent the Parties wish to mediate or settle this matter outside of Court, they are free to do so on any schedule they wish. The Court will not, however, amend its case schedule to accommodate such efforts. And the Court sees no reason why the Parties cannot resolve this matter in the many months that remain before trial. For these reasons, the Court DENIES the Motion. The denial is without prejudice to a renewed motion that contains greater specificity, precision, and convincing reasons that might justify an extension of any specific deadlines and/or the trial date.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 26, 2024.

Marsha J. Pechman
United States Senior District Judge