**Honorable Marsha J. Pechman**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE P. ROSENBERG, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, a Foreign corporation doing business in Washington, DOES 1-5,<br><br>Defendants. | No. 2:24-cv-00264-MJP<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE**<br><br>**(CLERK'S ACTION REQUIRED)** |

## I. STIPULATION

The undersigned parties stipulate that all claims and causes of action of Plaintiff Jane P. Rosenberg be dismissed without prejudice and that the Order below dismissing this case without prejudice and without an award of fees or costs may be entered.

| | |
|---|---|
| Dated this 26th day of February, 2025. | Dated this 25th day of February, 2025. |
| FORSBERG & UMLAUF, P.S. | ROBERT D. BOHM, PLLC |
| *s/ Ryan J. Hesselgesser*<br>Ryan J. Hesselgesser, WSBA #40720<br>*Attorneys for Defendant Property & Casualty Insurance Company of Hartford* | *s/ Robert D. Bohm*<br>Robert D. Bohm, WSBA #42703<br>*Attorneys for Plaintiff Jane P. Rosenberg* |

Stipulation for and Order of Dismissal of All Claims Without Prejudice – 1
Case No.: 2:24-cv-00264-MJP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that this case is dismissed without prejudice and without an award of attorney fees or costs to either party.

Dated: February 26, 2025

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
*Attorneys for Defendant Property & Casualty Insurance Company of Hartford*

ROBERT D. BOHM, PLLC

*s/ Robert D. Bohm*
Robert D. Bohm, WSBA #42703
*Attorneys for Plaintiff Jane P. Rosenberg*

Stipulation for and Order of Dismissal of All Claims Without Prejudice – 2
Case No.: 2:24-cv-00264-MJP

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX